**FILED**

MAY - 3 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

# DeBOTTIS & SCHAAL
Attorneys at Law
312 Broad Street, Oneida, NY 13421

Michel J. DeBottis
Randy J. Schaal

DIRECT PHONE (315) 363-6888
FAX (315) 363-6801

May 2, 2011

United States Bankruptcy Court Clerk
10 Broad Street
Room 230
Utica, NY 13502

MAY - 3 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Re: Joseph Dlugolecki & Samantha Haynes
    Bankruptcy Case No. 09-63505

Dear Sirs:

5/3/11

Enclosed please find Check No. 112 made payable to the United States Bankruptcy Court Clerk f/b/o U.S. Department of Education in the amount of $937.22. The original check was not cashed within 90 days.

The original check was sent to U.S. Department of Education, PO Box 65128, Saint Paul, MN 55165.

Sincerely,

Randy J. Schaal
Bankruptcy Trustee

RJS/kg
Enc.

**RECEIVED**

MAY - 3 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Receipt # 61100240